**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ANNE KEHOE,<br><br>      *Plaintiff*,<br><br>  v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>      *Defendants*. | No. 19-CV-2495 (RDM) |

## MEMORANDUM OPINION

Anne Marie Kehoe, purports to petition for a writ of habeas corpus on behalf of Kirstjen Nielsen. It is well-established, however, that a litigant may assert only her own legal rights and interests and cannot rest a claim to relief on the legal rights or interests of third parties, except in unusual circumstances not present here. *See Singleton v. Wulff*, 428 U.S. 106, 113–14 (1976); *Warth v. Seldin*, 422 U.S. 490, 499 (1975). In her petition, Kehoe alleges no facts suggesting that she has standing to proceed on behalf of Kirstjen Nielsen or that she has a personal stake in the case. She has, therefore, failed to satisfy a threshold jursidictional requirement for pursuing this legal action. *See Lujan v. Defenders of Wildlife*, 504 U.S. 555, 561 (1992) (opining that "[a]t the pleading stage, general factual allegations of injury resulting from the defendant's conduct may suffice" to establish federal jurisdiction). The Court will, accordingly, dismiss the action *sua sponte* for lack of subject-matter jurisdiction.

A separate order will issue.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: August 26, 2019